IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 10-0270
 ((((((((((((((((

 In Re Gene E. Phillips, Individually, And D/B/A Phillips Oil Interests, Et
 Al., Relators

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Writ of Mandamus
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. On consideration of the letter filed with this Court on May 24,
 2010 by real party in interest, Carlton Energy Group, L.L.C.,
 notifying this Court of the notice of removal filed in the
 underlying district court proceedings by EurEnergy Resources
 Corporation that are the subject of this mandamus petition, this
 case is ABATED effective May 17, 2010.

 2. The Court directs the parties to timely notify the Court of all
 events affecting the status of this case, and, in any event, to
 file a status report by August 2, 2010.
.

 Done at the City of Austin, this 18th day of June, 2010.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk